FILED

FEB 21 PM 12:15

02/15/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531, IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA

WILLIE WEAVER,
             PLAINTIFF,

VS.                           CASE NO. CV-07-04646
                              JW (PR)
PELICAN BAY STATE
PRISON,
                              NOTICE OF APPEAL

             DEFENDANT,

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER OF JUDGEMENT WAS ENTERED IN THIS ACTION JAN 30, 2008.

                    RESPECTIBLE SUBMITTED
                    Willie Weaver
                    SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

9th CIR, 1962) BASISTA V. WEIR, 340 F. 2d 74 3RD CIR, 1965) WHILE UNDER THE COLOR OF STATE LAW, THE DEFENDANTS SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT THAT CONSTITUE CRUEL UNUSUAL PUNISHMENT IN THE CUSTODY OF THE DEPARTMENT OF CORRECTION.

THIS DELIBERATE INDIFFERENCE OF INTENTIONAL INFLICTION OF MENTAL STRES FROM APPELLEE(S) DOES NOT HELP APPELLANT MENTAL PROBLEM APPELLANT IS E.O.P MENTAL PATIENCE DON'T EVEN BELONG AT, CALIFORNIA CORRECTIONAL INSTITUTION, APPELLANT SUFFERS FROM MENTAL ANGUISH, STRESS DISORDER, SECONDARY DEPRESSIVE DISORDER, POST-TRAMATIC STRESS, SEVERE EMOTIONAL DISTRESS DISORDER PERSONALITY DISORDER THAT APPELLEE(S) CONTRIBUTING TO.

HOWEVER PLAINTIFF CIVIL RIGHTS CASE DOES MAKE RATION ARGUMENT ON THE LAW WITH FACTS IN DISPUTING HIS CLAIM FOR RELIEF WHICH APPELLANT SHOULD BE EN TITLE TO BASED ON THE UNDISPUTED ISSUES OF FACTS THAT WILL SHOW THAT DEFENDANTS ARE FULLY LIABLE, AND PLAINTIFF IS ENTITLE TO ASK THIS COURT FOR A JURY TRIAL, OR THIS CASE BE OVER TURNED BACK TO THE DISTRICT COURT FOR JURY TRIAL TO RESOLVE THIS MATTER.

(2)

MEMORANDUM OF POINTS AND AUTHORITIES
ARGUMENT

THE PRISON LITIGATION REFORM ACT (PLRA) 18 U.S.C. 3626(b)(2) VIOLATE THE DUE PROCESS CLAUSE, THE EQUAL PROTECTION CLAUSE OF THE FIFTH AMENDMENT,

THE COURT OF APPEALS FOR THE ELEVENTH CIRCUIT REMANDED THE PRISON LITIGATION REFORM ACT IS UNCONSTITUTIONAL, ON THE SUBSEQUENT APPEAL THE ELEVENTH CIRCUIT JOINED THE FOURTH, PLYLER V. MOORE, 100 F. 3d 365 (1996) AND THE EIGHT CIRCUITS, GAVIN V. BRANSTAD, 122 F.3d 1081 (1997)

THE U.S. SUPREME COURT HAS STATED THIS TEST VERY STRONGLY IN TWO CASES INVOLVING PRISONERS SUITS UNDER SEC. 1983 CRUZ. BETO, 405 U.S. 319 (1972), HAINES V. KERNER, 404 U.S. 519 (1972). IN CRUZ. THE COURT SAID THAT A COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO STATE CLAIM UNLESS IT APPEARS BEYOND DOUBT THAT A CLAIM CAN PROVE NO SET OF FACTS IN SUPPORT OF HIS CLAIM WHICH WOULD ENTITLE HIM TO RELIEF. 405 U.S. AT 332, QUOTING FROM CONLEY V. GIBSON, 355 U.S. 41, 45-46 (1957) IN HAINES THE COURT ADDED THAT IN CONSIDERING A MOTION TO DISMISS, A PRO SE COMPLAINT (ONE SUBMITTED BY THE PLAINTIFF FOR HIMSELF, WITHOUT A LAWYER SHOULD BE HELD TO LESS

(3)

IN THE UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
PLAINTIFF,
VS.

PELICAN BAY STATE PRISON,
DEFENDANT,

CASE NO. CV-07-04646 JW (PR)

/ PROOF OF SERVICE

I hereby certify that on: 02/15/08, I served a copy of the attached THREE EXACT MOTION FOR NOTICE OF APPEAL

by placing a copy in a postage paid envelope addressed to the persons here in after listed, by depositing said envelope in the United States mail at: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED)
OFFICE OF THE CLERK; UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT

*Willie Weaver*
SIGNATURE