**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

---

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

February 26, 2008

Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

SUBJECT:   Request for Payment of Docket Fee

**Title:  WILLIE WEAVER -v- TESTA**
**Case Number:      CV 07-04646 JW**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on 2/21/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by:  **Cindy Vargas**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**